## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**ALANA MASON,**
Appellant,

v.

**DEPARTMENT OF REVENUE,
CHILD SUPPORT PROGRAM,** o/b/o **AVEON J. PACE,**
Appellee.

No. 4D17-1650

[March 15, 2018]

Administrative appeal from the State of Florida, Department of Revenue, Child Support Program; L.T. Case No. 2001072173.

Alana S. Mason, Hollywood, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Carrie R. McNair, Assistant Attorney General, Child Support Enforcement, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***